ORIGINAL

#066891

FILED
JUL 25 2007
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

Case Number 03-00030-NCW
(Judge Williams)

P. R. Contractors, Inc., Plaintiff

v. **NOTICE OF APPEAL**

THE UNITED STATES, Defendant.

Notice is hereby given that P. R. Contractors, plaintiff in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on the 31st day of May, 2007.

Respectfully submitted:

DECUIR, CLARK & ADAMS, LLP

BY: ________________________

WINSTON G. DECUIR, SR.
Attorney for P. R. Contractors
LSBR # 04795
732 North Boulevard
Baton Rouge, LA 70802
Telephone: (225) 346-8716
Telecopier: (225) 336-1950

In The United States Court of Federal Claims

Case Number 03-00030-NCW
(Judge Williams)

P. R. Contractors, Inc., Plaintiff

v. **NOTICE OF APPEAL**

THE UNITED STATES, Defendant.

## *CERTIFICATE OF SERVICE*

I do hereby certify that a copy of the above and foregoing Notice of Appeal was this day forwarded by mail postage pre-paid to Sharon A. Snyder, Trial Attorney, Commercial Litigation Branch, Civil Division, Department of Justice, 1100 Bell Street NW, Room 12068 Washington, D.C. 20005 by placing same with the United States Postal Service.

Thus done this 24th day of July, 2007, in Baton Rouge, Louisiana.

WINSTON G. DECUIR, SR.