ORIGINAL

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

FILED
JUN 5 2008
U.S. COURT OF FEDERAL CLAIMS

2007-5147

P.R. CONTRACTORS, INC,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

## Judgment

ON APPEAL from the United States Court of Federal Claims

in CASE NO(S). 03-CV-30

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
APR 14 2008
JAN HORBALY
CLERK

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (GAJARSA, Circuit Judge, ARCHER, Senior Circuit Judge, and DYK, Circuit Judge).

AFFIRMED. See Fed. Cir. R. 36.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: [signature] Date: 6/05/08

ENTERED BY ORDER OF THE COURT

DATED APR 14 2008

[signature] /S.W.
Jan Horbaly, Clerk

Issued as Mandate:
COSTS:
Printing .................................... $ 1238.64
Total.................................... $ 1238.64

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT
APR 25 2008
JAN HORBALY
CLERK

BILL OF COSTS (File original and three copies with the Clerk within 14 days of judgment)

Docket No.: 2007-5147 Caption: P.R. Contractors, Inc., v. United States The Clerk is requested to tax the following costs against: P.R. Contractors, Inc., Plaintiff-Appellant

RECEIVED
APR 25 2008
United States Court of Appeals
For The Federal Circuit

| ITEM | Number of Copies | Number of Pages | Actual Cost | Allowable Cost | Total Billed | Total Taxed |
|---|---|---|---|---|---|---|
| Docketing Fee (if paid in this court) | xxxxx | xxxxx | | | | |
| Table of Designated Materials (original) | xxxxx | N/A | | 6.00 | | |
| Table or Compilation of Designated Materials (copying and collating) | 16 | 4 | 0.08 | 0.08 | 5.12 | |
| Brief (original) | xxxxx | 31 | 6.00 | 6.00 | 186.00 | |
| Brief (cover and binding) | 16 | xxxxx | 2.00 | 2.00 | 32.00 | |
| Brief (copying and collating) | 16 | 31 | 0.08 | 0.08 | 39.68 | |
| Appendix (original - table of contents) | xxxxx | 2 | 6.00 | 6.00 | 12.00 | |
| Appendix (covers and binding) | 48 | xxxxx | 2.00 | 2.00 | 96.00 | |
| Appendix (copying and collating) | 16 | 678 | 0.08 | 0.08 | 867.84 | |
| Reply Brief (original) | xxxxx | N/A | | 6.00 | | |
| Reply Brief (covers and binding) | N/A | xxxxx | | 2.00 | | |
| Reply Brief (copying and collating) | N/A | xxxxx | | 0.08 | | |
| Other (describe): | | | | | | |
| GRAND TOTALS | | | | | 1238.64 | $1238.64 |

L. Purdie
6/5/08

City/County of Washington, District of Columbia

I, Sharon A. Snyder, swear under penalty of perjury that the services for which costs are taxed were necessarily performed. Copies of this bill were served on all parties.

Signature: Sharon Snyder Date: April 25, 2008 Attorney for: United States, Defendant-Appellee

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By: Linda R. Purdie Date: 6/05/08

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 25th day of April, 2008, I caused to be placed in the United States mail (first class mail, postage prepaid) copies of "APPELLEE'S BILL OF COSTS" addressed as follows:

Winston G. Decuir, Esq.
732 North Boulevard
Baton Rouge, LA 70802

Estelle M Bro[signature]